**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 17, 2003**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 02-30852

UNITED STATES OF AMERICA

Plaintiff - Appellee,

VERSUS

NORBEY E. RABORN,

Defendant - Appellant.

Appeal from the United States District Court
For the Western District of Louisiana, Shreveport
01-CR-50050-ALL

Before DAVIS, HALL[*], and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[**]

     The district court erred by sentencing Raborn in his absence.

See Fed.R.Crim.P.43; United States v. Moree, 928 F.2d 654, 656(5th

Cir. 1991).  It is therefore ordered that Raborn's sentence be

vacated and the matter remanded.

_____

     [*]Circuit Judge for the Ninth Circuit, sitting by designation.

     [**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

VACATED AND REMANDED.